UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF ATVOS AGROINDUSTRIAL INVESTIMENTOS S.A. UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM BANCO BILBAO VIZCAYA ARGENTARIA, S.A., INTESA SANPAOLO S.P.A., NEW YORK BRANCH, LONE STAR GLOBAL ACQUISITIONS, LTD, LONE STAR GLOBAL ACQUISITIONS, LLC, LONE STAR NORTH AMERICA ACQUISITIONS, L.P., LONE STAR GLOBAL ACQUISITIONS (NY), LLC, LONE STAR NORTH AMERICA ACQUISITIONS, LLC, LSF10 BRAZIL U.S. HOLDINGS, LLC, MUFG BANK, LTD., NATIXIS S.A., NEW YORK BRANCH, AND SUMITOMO MITSUI BANKING CORPORATION | Case No. _____ |

**NOTICE OF ATVOS AGROINDUSTRIAL INVESTIMENTOS S.A.'S APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM RESPONDENTS FOR USE IN FOREIGN PROCEEDING**

**PLEASE TAKE NOTICE** that, upon the accompanying Application, together with the accompanying Memorandum of Law, Declaration of Laura Gadelho, Declaration of Michael Sanfilippo, all exhibits attached thereto, and all other evidence the Court deems appropriate, Atvos Agroindustrial Investimentos S.A will petition this Court for an order pursuant to 28 U.S.C. § 1782 granting this Application to serve subpoenas on respondents Lone Star Global Acquisitions (NY), LLC, Lone Star North America Acquisitions, LLC, Lone Star Global Acquisitions, Ltd., Lone Star Global Acquisitions, LLC, Lone Star North America Acquisitions, L.P., LSF10 Brazil U.S. Holdings, LLC, Banco Bilbao Vizcaya Argentaria S.A., Intesa Sanpaolo S.p.A., New York Branch, MUFG Bank, Ltd., Natixis S.A., New York Branch, and Sumitomo Mitsui Banking Corporation.

Dated: New York, New York
May 19, 2020

Respectfully submitted,

/s/ Michael Sanfilippo

KOBRE & KIM LLP
D. Farrington Yates
Michael A. Sanfilippo
E. Martin De Luca
800 Third Avenue
New York, New York 10022
tel. +1 212 488 1200
fax. +1 212 488 1220

*Counsel for Applicant Atvos Investimentos*