UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



IN RE:

APPLICATION OF ATVOS AGROINDUSTRIAL INVESTIMENTOS S.A. UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM BANCO BILBAO VIZCAYA ARGENTARIA, S.A., INTESA SANPAOLO S.P.A., NEW YORK BRANCH, LONE STAR GLOBAL ACQUISITIONS, LTD, LONE STAR GLOBAL ACQUISITIONS, LLC, LONE STAR NORTH AMERICA ACQUISITIONS, L.P., LONE STAR GLOBAL ACQUISITIONS (NY), LLC, LONE STAR NORTH AMERICA ACQUISITIONS, LLC, LSF10 BRAZIL U.S. HOLDINGS, LLC, MUFG BANK, LTD., NATIXIS S.A., NEW YORK BRANCH, AND SUMITOMO MITSUI BANKING CORPORATION

Case No. 20-mc-00211

[PROPOSED] ORDER

Upon consideration of the application for an order under 28 U.S.C. § 1782 (the "Application") to take discovery from Lone Star Global Acquisitions (NY), LLC, Lone Star North America Acquisitions, LLC, Lone Star Global Acquisitions, Ltd., Lone Star Global Acquisitions, LLC, Lone Star North America Acquisitions, L.P., Banco Bilbao Vizcaya Argentaria, S.A., Intesa Sanpaolo S.p.A., LSF10 Brazil U.S. Holdings, LLC, MUFG Bank, Ltd., Natixis S.A., New York Branch, and Sumitomo Mitsui Banking Corporation (collectively, the "Respondents"), submitted by Atvos Agroindustrial Investimentos S.A. (the "Applicant")—and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that

(1) the Application is **GRANTED**;

(2) Applicant is authorized to serve the subpoena annexed as Exhibit 8 to the declaration of Michael A. Sanfilippo upon Lone Star Global Acquisitions, Ltd.;

(3) Applicant is authorized to serve the subpoena annexed as Exhibit 9 to the declaration of Michael A. Sanfilippo upon Lone Star Global Acquisitions (NY), LLC;

(4) Applicant is authorized to serve the subpoena annexed as Exhibit 10 to the declaration of Michael A. Sanfilippo upon Lone Star North America Acquisitions, LLC;

(5) Applicant is authorized to serve the subpoena annexed as Exhibit 11 to the declaration of Michael A. Sanfilippo upon Lone Star Global Acquisitions, LLC;

(6) Applicant is authorized to serve the subpoena annexed as Exhibit 12 to the declaration of Michael A. Sanfilippo upon Lone Star North America Acquisitions, L.P.;

(7) Applicant is authorized to serve the subpoena annexed as Exhibit 13 to the declaration of Michael A. Sanfilippo upon LSF10 Brazil U.S. Holdings, LLC;

(8) Applicant is authorized to serve the subpoena annexed as Exhibit 14 to the declaration of Michael A. Sanfilippo upon Natixis S.A. New York Branch;

(9) Applicant is authorized to serve the subpoena annexed as Exhibit 15 to the declaration of Michael A. Sanfilippo upon Banco Bilbao Vizcaya Argentaria, S.A.;

(10) Applicant is authorized to serve the subpoena annexed as Exhibit 16 to the declaration of Michael A. Sanfilippo upon Intesa Sanpaolo S.p.A.;

(11) Applicant is authorized to serve the subpoena annexed as Exhibit 17 to the declaration of Michael A. Sanfilippo upon MUFG Bank, Ltd.;

(12) Applicant is authorized to serve the subpoena annexed as Exhibit 18 to the declaration of Michael A. Sanfilippo upon Sumitomo Mitsui Banking Corporation; and

(13) The Respondents are directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, and to produce the

documents in their possession, custody, and control, as requested in the applicable subpoenas, by no later than 30 (thirty) days after the execution of this order.

**SO ORDERED**

New York, New York

Dated:     JUN 0 3 2020

George B. Daniel
United States District Judge