USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF ATVOS AGROINDUSTRIAL INVESTIMENTOS S.A. UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM BANCO BILBAO VIZCAYA ARGENTARIA, S.A., INTESA SANPAOLO S.P.A., NEW YORK BRANCH, LONE STAR GLOBAL ACQUISITIONS, LTD, LONE STAR GLOBAL ACQUISITIONS, LLC, LONE STAR NORTH AMERICA ACQUISITIONS, L.P., LONE STAR GLOBAL ACQUISITIONS (NY), LLC, LONE STAR NORTH AMERICA ACQUISITIONS, LLC, LSF10 BRAZIL U.S. HOLDINGS, LLC, MUFG BANK, LTD., NATIXIS S.A., NEW YORK BRANCH, AND SUMITOMO MITSUI BANKING CORPORATION | 1:20-MC-00211 (GBD) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the parties shall file a Joint Letter on Friday, August 21, 2020, no later than 4:00 p.m. EST, setting forth any developments as of that date that are not yet part of the record in this case. The Court will hold oral argument on the pending motions (ECF Nos. 53, 55, 64, 73) via telephone on Monday, August 24, 2020 at 10:30 a.m. EST. The parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:   New York, New York
         August 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge